UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE KEVIN LOWE,<br><br>    Plaintiff,<br><br>    v.<br><br>CASE RECORDS STAFF, et al.,<br><br>    Defendants. | Case No. 22-cv-00683-DMR (PR)<br><br>**ORDER OF TRANSFER** |

Plaintiff, a state prisoner, has filed a *pro se* civil rights action pursuant to 42 U.S.C. § 1983. This case has been assigned to the undersigned Magistrate Judge. Dkt. 2. Plaintiff consented to a magistrate judge. Dkt. 4. Plaintiff has filed an *in forma pauperis* application. Dkt. 5.

The acts complained of occurred at the California Institution for Men in Chino, California, which is in San Bernardino County and within the venue of the Central District of California, and it appears that Defendants reside in that district. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the Eastern Division of the United States District Court for the Central District of California.[1] The Clerk of the Court shall transfer the case forthwith.

All remaining pending motions are TERMINATED on this court's docket as no longer pending in this district.

IT IS SO ORDERED.

Dated: March 10, 2022

DONNA M. RYU
United States Magistrate Judge

---

[1] Venue transfer is a non-dispositive matter and, thus, it falls within the scope of the jurisdiction of the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(A).