**JS-6**

1
2
3
4
5
6
7
8                       UNITED STATES DISTRICT COURT
9                      CENTRAL DISTRICT OF CALIFORNIA
10
11    RONNIE KEVIN LOWE,
                                        Case No. 5:22-cv-00446-VBF (GJS)
12            Plaintiff
13                                      **JUDGMENT**
14        v.
15
16
17    CASE RECORDS STAFF, et al.,
18            Defendants.
19
20
21
22        IT IS ADJUDGED that this case is dismissed without prejudice.
23
24    DATED: June 1, 2022              /s/ Valerie Baker Fairbank
25
26                                     _____
27                                     VALERIE BAKER FAIRBANK
                                       UNITED STATES DISTRICT JUDGE
28